UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RANDY SEAN BARNES                                            PLAINTIFF

v.                           No. 2:18-CV-02009

NANCY A. BERRYHILL, Commissioner,
Social Security Administration                               DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 16) from United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline for objections has passed. The Magistrate recommends that the Court affirm the decision of the Social Security Administration Administrative Law Judge and dismiss this case with prejudice. The Court has reviewed this case and finds that the report and recommendation is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is AFFIRMED and this case is DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 24th day of October, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE